# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

OSCAR A. OLEA CORONADO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:07-cr-124(1)
CIVIL NO. 2:12-cv-1169

JUDGE GREGORY L. FROST
Magistrate Judge Kemp

## OPINION AND ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 27, 2012. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The petition is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit for authorization for filing, if appropriate, pursuant to 28 U.S.C. §2244(b)(3)(A).

    **IT IS SO ORDERED.**

                                  /s/ Gregory L. Frost
                              **GREGORY L. FROST**
                              **UNITED STATES DISTRICT JUDGE**